IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUTH ANN HARE     PLAINTIFF

v.     No. 4:13-cv-87-DPM

LIBERTY LIFE ASSURANCE CO. OF
BOSTON; L'OREAL USA INC.; and
L'OREAL USA LONG TERM DISABILITY
PLAN     DEFENDANTS

ORDER

In October 2013, this Court entered Judgment, vacating Liberty Life's denial of Hare's long-term disability benefits, and remanding the case to Liberty Life for reconsideration. № 32-1. A few months ago, Liberty Life advised the Court that its review was complete. № 40. Hare disagreed. № 41. Neither party moved to reopen the case, nor moved for any other relief. The parties have now advised the Court informally that the matter has settled. The Court applauds the parties' efforts. The case though, in this Court's eyes, remains closed. If the parties need any further relief, they should first move to reopen.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2014